1

2

3

4                                        JS-6

5

6

7

8

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| DE ANN HERNANDEZ, an individual | Case No: SACV 08-681-JVS (RNBx) |
| Plaintiff | **ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE** |
| v. | Filed Concurrently with [Proposed] Order |
| THE PROCTER & GAMBLE DISTRIBUTING LLC, a corporation, and Does 1 through 50 inclusive | Hon. James V. Selna; C10 |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE**

1    Having considered the parties' Stipulation to Dismiss Entire Civil Action with

2  Prejudice, IT IS HEREBY ORDERED that:

3    The above-entitled action is dismissed with prejudice in its entirety pursuant

4  to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear her /

5  its own attorneys' fees and costs.

6

7    **IT IS SO ORDERED.**

8

9
   Dated: September 08, 2009

10                                                    Honorable James V. Selna
                                                     United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE**